UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

DEON GLENN,

        Petitioner,

v.

BENNIE KELLY,

        Respondent.

-------------------------------------------------------

CASE NO. 4:12-CV-1011

OPINION & ORDER
[Resolving Doc. No. 1]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 24, 2012, Petitioner Glenn moved to vacate his sentence pursuant to 28 U.S.C. § 2254.[1] Petitioner said that insufficient evidence existed to support his murder and attempted murder convictions.[2] The Court referred the petition to Magistrate Judge James R. Knepp II for a Report and Recommendation.[3] On September 12, 2013, Magistrate Judge Knepp issued a report recommending this Court deny the petition.[4] Petitioner Glenn has not filed an objection. The Court **ADOPTS** the Magistrate's report and recommendation and **DENIES** Petitioner's motion.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[5] Parties must file any objections to a Report and Recommendation within fourteen days of service.[6]

---

[1] Doc. 1.
[2] *Id.*
[3] Doc. 3.
[4] Doc. 10.
[5] 28 U.S.C. § 636(b)(1).
[6] Fed. R. Civ. P. 72(a).

-1-

Case No. 4:12-CV-1011
Gwin, J.

Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.[7] Absent objection, a district court may adopt the magistrate's report without review.[8] Moreover, having conducted its own review of the petition,[9] this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **DENIES** Petitioner's § 2254 petition. Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[10]

IT IS SO ORDERED.


Dated: October 8, 2013                     s/         *James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE

---

[7] *Id.*; *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[8] *Thomas*, 474 U.S. at 149.

[9] Though Petitioner filed a motion for extension of time to file a traverse which the Court granted, Petitioner never filed a traverse. *See* Docs. 8; 9.

[10] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).